## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) **INTERSTATE AGREEMENT ON** |
| | ) **DETAINERS ORDER** |
| vs. | ) |
| | ) Case No.: 1:20-cr-059 |
| Serenity M. Bear King, | ) |
|     Defendant. | ) |

On June 12, 2020, defendant made her initial appearance and was arraigned in the above-entitled action. AUSA Rick Volk appeared on behalf of the United States. Attorney Christopher Redmann was appointed to represent defendant in this matter and appeared on his behalf.

Defendant was incarcerated by the State of North Dakota at the Dakota Women's Correctional and Rehabilitation Center ("DWCRC") in New England, North Dakota. After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with the North Dakota prison officials. In light of the current pandemic, defendant appeared before this court from the DWCRC by telephone.

Although defendant was not physically removed from the DWCRC, the court, out of an abundance of caution, advised defendants of her the IADA. Defendant waived in open court the anti-shuttling provisions of the IADA and agreed to remain in custody of the State of North Dakota (the "sending state" under the IADA) at the DWCRC pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA).

The court accepts defendant's waiver, finding that it was made knowingly and intelligently, voluntarily, and upon advice of counsel. Accordingly, defendant shall remain the custody of the

1

"sending state," where she shall be housed pending further proceedings or until further order of the court. Further, pursuant to defendant's waiver, the fact that defendant is remaining in her place of incarceration pending trial shall <u>not</u> be grounds under the IADA for dismissal of the charges set forth in the Indictment.

     Dated this 12th day of June, 2020.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court